UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RONALD LOPEZ-PAVON, on behalf of himself and
others similarly situated,

                         Plaintiff,

-against-

FALLSBURG BAGELS LLC, SHLOIME PERLSTEIN, and
MENDY SAMPSON,

                         Defendants.
----------------------------------------------------------------X

Case No. 18-CV-2566
(SJB)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, on May 1, 2018, Plaintiff Ronald Lopez-Pavon filed a complaint, which asserted claims for, *inter alia*, unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law ("NYLL");

WHEREAS, Williams F. Castillo Lantigua filed a consent to sue to join the action as party plaintiff on June 12, 2018 (collectively referred to herein as "Plaintiffs");

WHEREAS, although commenced as a collective action, Plaintiffs did not seek conditional certification, and no other individuals received notice of this action;

WHEREAS, Plaintiffs and the Defendants settled Plaintiffs' wage and hour claims based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

WHEREAS, the United States District Court for the Eastern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between Plaintiffs and the Defendants in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
December 11, 2019

CILENTI & COOPER, PLLC
*Attorneys for Plaintiffs*
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
(212) 209-3933

By: _____
Justin Cilenti

BOND, SCHOENECK & KING, PLLC
*Attorneys for Defendants*
600 Third Avenue, 22nd Floor
New York, New York 10016
(646) 253-2312

By: _____
Dennis A. Lalli

SO ORDERED:

*/s/ Sanket J. Bulsara* Feb. 4, 2020
Sanket J. Bulsara, U.S.M.J.

2